

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ARELIOUS REED**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**v.**

**CITIZENS BANK**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case: 2:25-cv-12176
Assigned To : Drain, Gershwin A.
Referral Judge: Grand, David R.
Assign. Date : 7/17/2025
Description: CMP ARELIOUS REED v CITIZENS BANK (LLH)

Jury Trial:   ☑ Yes   ☐ No
*(check one)*

# Complaint for a Civil Case

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

I.      **The Parties to This Complaint**

   A.      **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Arelious Reed |
| Street Address | 1515 Fort St. Unit 96 |
| City and County | Lincoln Park, Wayne |
| State and Zip Code | Michigan, 48146 |
| Telephone Number | |
| E-mail Address | reedarel@gmail.com |

   B.      **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Citizens Bank |
| Job or Title (if known) | |
| Street Address | 23455 Eureka Road |
| City and County | Taylor, Wayne |
| State and Zip Code | Michigan, 48180 |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

2

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

Defendant No. 3

    Name                   _____

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

Defendant No. 4

    Name

    Job or Title
    (if known)

    Street Address

    City and County

    State and Zip Code

    Telephone Number

    E-mail Address
    (if known)

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

    ☑ Federal question                ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

3

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**A.    If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Title 12 CFR Section 229.10(c)(2) Subpart B, Title 15 U.S.C. Section 6604 (a)(3) (Under Y2K Action), Title 12 CFR Section 229.10(c) Subpart B and Title 42 U.S.C. Section 1983.

**B.    If the Basis for Jurisdiction Is Diversity of Citizenship**

1.    The Plaintiff(s)

    a.    If the plaintiff is an individual
        The plaintiff, *(name)* Arelious Reed _____,
        is a citizen of the State of *(name)* Michigan _____.

    b.    If the plaintiff is a corporation
        The plaintiff, *(name)* _____,
        is incorporated under the laws of the State of *(name)*
        _____, and has its principal place of business in the
        State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

    a.    If the defendant is an individual
        The defendant, *(name)* _____, is a citizen of the
        State of *(name)* _____. *Or* is a citizen of *(foreign*
        *nation)* _____.

    b.    If the defendant is a corporation
        The defendant, *(name)* Citizens Bank _____, is incorporated
        under the laws of the State of *(name)* Michigan _____, and
        has its principal place of business in the State of *(name)*
        Michigan _____. *Or* is incorporated under the laws of
        *(foreign nation)* _____, and has its principal place
        of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

4

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

3.   The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

$114,600,000.00

## III.   Statement of Claim

Write a short and plain statement of the claim.  Do not make legal arguments.  State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

Please see attach Complaint.

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

**ARELIOUS REED**

              **PLAINTIFF,**           **CASE NO.**

**V.**                  **HONORABLE JUDGE:**

                      **MAGISTRATE JUDGE:**

**CITIZENS BANK**

              **DEFENDANT.**

A. Reed

**CAUSE OF ACTION:  COUNT I: Title 12 CFR Section 229.10  -Next-Day Availability;   COUNT II: Title 15 U.S.C. Section 6604 (a)(3)- Punitive damages limitations;  COUNT III:  Title 42 U.S.C. Section 1983- Civil action for deprivation of rights;   COUNT IV: MCL Section 487.691- Adverse claim to bank deposit; notice; restraining order; exception;  COUNT V:  MCL Section 600.2952- Failure of maker to pay amount of dishonored check, draft, or order; liability; written demand for payment; delivery and text; effect of payment before trial; jurisdiction of action;  COUNT VI:  MCL Section 600.2945 (f)- Noneconomic loss;  COUNT VII: MCL Section 600.5805 (1)(2)- Injuries to persons or property; period of limitations; "adjudication," "criminal sexual conduct," and "dating relationship" defined;   COUNT VIII: Title 12 CFR Subpart B - Subpart B-Availability of funds and Disclosure of funds Availability Policies;  COUNT VIIII: Federal Rules Of Civil Procedure- Rule 38. Right to A Jury Trial Demand.**

## VERIFIED COMPLAINT

1. Plaintiff, ARELIOUS REED, is an individual and do business with the resident at 1515 Fort Street Unit 96 Lincoln Park, MI 48146 resides in the County of Wayne Michigan.

2. The Defendant CITIZENS BANK, is A Corporation residing at 23455 Eureka Road Taylor, MI 48180 and which does business in the City of Taylor, MI and throughout the State of Michigan and/or The United States of America.

This verified complaint arises out of Defendant Citizens Bank, callous indifference "Gross Negligence" pursuant to **Title 42 U.S.C Sec. 1983**, which deprivation of Plaintiff Arelious Reed, rights by generally taking away and withholding plaintiff's U.S. Department of the Treasury checks that he is entitled to and have a right to possess, use, or enjoy basic necessities. Which cause plaintiff a noneconomic loss pursuant to **MCL Section 600.2945 (f)**, whereas defendant gross negligence inconvenience plaintiff for the loss of society and finding a companionship. The defendant misconducts and gross negligence cause plaintiff injuries to persons pursuant to **MCL Section 600.5805 (1)(2)**. However, the defendant acted with

specific intent to injure the plaintiff pursuant to **Title 15 U.S.C. Section 6604 (a)(3)** and under the **Y2K action**. On or about January 24, 2025, The U.S. Department of the Treasury, issued Plaintiff out two checks, each check exceeding the amount of $5,525.00 pursuant to **Title 12 CFR Section 229.10(c) Subpart B**. On or about January 31, 2025, Plaintiff, Arelious Reed deposit both checks into the ATM machine at Defendant, Citizens Bank location on 23455 Eureka Road Taylor, MI 48180 pursuant to **Title 12 CFR Section 229.10(c)(2) Subpart B**. On or about February 07, 2025, Plaintiff went into one of the Defendant bank locations and stated when will my funds be available and the Defendants stated on the 10th of February 2025. On or about February 10, 2025, Plaintiff went into one of Defendants locations and requests funds the Defendants stated to plaintiff that there is a hold on the money until February 24, 2025 and sent plaintiff out the first letter of Notice of Delayed Funds Availability dated on February 03, 2025, stating that these funds will be available on February 10, 2025 pursuant to **MCL Section 600.2952**. On or about February 24, 2025, Plaintiff went back into one of Defendants bank locations demanding funds and the Defendants stated to plaintiff that the funds will not be available until April the 7th of 2025, if we want to we may extended the hold pursuant to **MCL Section 487.691**. On or about February 10, 2025, the Defendants sent Plaintiffs a

second and third letter out by U.S. mail stating that Important Notice of
Extension of Hold on Deposit the reason for extension of hold some of the
information on the check is not consistent with other information on the
check, as a result you will be unable to withdraw, or otherwise use money
from the deposit amount, until the hold is remove in 15 business days from
the date of deposit. On or about June 10, 2025, defendant sent Plaintiffs a
fourth and fifth letter out by U.S. mail stating that Important Notice of
Extension of Hold on Deposit the reason for extension of hold some of the
information on the check is not consistent with other information on the
check, funds will be available on October 20, 2025. On or about February
24, 2025, Plaintiff has filed a complaint with The Consumer Financial
Protection Bureau (CFPB).

**Wherefore:**

For the reasons set forth above, Plaintiff ARELIOUS REED, is seeking

relief sought against Defendant CITIZENS BANK, under **Title 15 U.S.C.**

**Section 6604 (a)(3)**, **Title 42 U.S.C. Section 1983, MCL Section 600.2952**,

**MCL Section 487.691, MCL Section 600.2945** and **(f) MCL Section**

**600.5805 (1)(2)** in the amount of $114,600,000.00.  Furthermore, Plaintiff

ARELIOUS REED demand a trial by Jury pursuant to **Federal Rules of**

**Civil Procedure Rule 38**.  However, plaintiff is willing to settle out of Court

on his relief sought damages for half of the amount that he is seeking.

MIED ProSe 1 (Rev 5/16) Complaint for a Civil Case

## IV.     Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do
not make legal arguments. Include any basis for claiming that the wrongs alleged are
continuing at the present time. Include the amounts of any actual damages claimed for the acts
alleged and the basis for these amounts. Include any punitive or exemplary damages claimed,
the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Title 15 U.S.C. Section 6604 (a)(3), Title 42 U.S.C. Section 1983, MCL Section 600.2952,
MCL Section 487.691, MCL Section 600.2945 and (f) MCL Section 600.5805 (1)(2).
However, plaintiff is willing to settle out of Court on his relief sought damages for half of the
amount that he is seeking.

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of
litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if
specifically so identified, will likely have evidentiary support after a reasonable opportunity for
further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.      For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current address on
file with the Clerk's Office may result in the dismissal of my case.

Date of signing: July 17                    , 20 25    .

Signature of Plaintiff        A. Reed

Printed Name of Plaintiff      Arelious Reed

MIED ProSe 1 (Rev 5/16)  Complaint for a Civil Case

**Additional Information:**

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

County in which action arose: WAYNE

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
ARELIOUS REED

## DEFENDANTS
CITIZENS BANK

(b) County of Residence of First Listed Plaintiff   Wayne
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant   Wayne
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

(c) Attorneys *(Firm Name, Address, and Telephone Number)*

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [x] 3 Federal Question *(U.S. Government Not a Party)*
- [ ] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [x] 1 | [ ] 1 | Incorporated *or* Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated *and* Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

### CONTRACT
- [ ] 110 Insurance
- [ ] 120 Marine
- [ ] 130 Miller Act
- [ ] 140 Negotiable Instrument
- [ ] 150 Recovery of Overpayment & Enforcement of Judgment
- [ ] 151 Medicare Act
- [ ] 152 Recovery of Defaulted Student Loans (Excludes Veterans)
- [ ] 153 Recovery of Overpayment of Veteran's Benefits
- [ ] 160 Stockholders' Suits
- [x] 190 Other Contract
- [ ] 195 Contract Product Liability
- [ ] 196 Franchise

### REAL PROPERTY
- [ ] 210 Land Condemnation
- [ ] 220 Foreclosure
- [ ] 230 Rent Lease & Ejectment
- [ ] 240 Torts to Land
- [ ] 245 Tort Product Liability
- [ ] 290 All Other Real Property

430

### TORTS
**PERSONAL INJURY**
- [ ] 310 Airplane
- [ ] 315 Airplane Product Liability
- [ ] 320 Assault, Libel & Slander
- [ ] 330 Federal Employers' Liability
- [ ] 340 Marine
- [ ] 345 Marine Product Liability
- [ ] 350 Motor Vehicle
- [ ] 355 Motor Vehicle Product Liability
- [ ] 360 Other Personal Injury
- [ ] 362 Personal Injury - Medical Malpractice

**CIVIL RIGHTS**
- [x] 440 Other Civil Rights
- [ ] 441 Voting
- [ ] 442 Employment
- [ ] 443 Housing/ Accommodations
- [ ] 445 Amer. w/Disabilities - Employment
- [ ] 446 Amer. w/Disabilities - Other
- [ ] 448 Education

**PERSONAL INJURY**
- [ ] 365 Personal Injury - Product Liability
- [ ] 367 Health Care/ Pharmaceutical Personal Injury Product Liability
- [ ] 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
- [ ] 370 Other Fraud
- [ ] 371 Truth in Lending
- [ ] 380 Other Personal Property Damage
- [ ] 385 Property Damage Product Liability

**PRISONER PETITIONS**
*Habeas Corpus:*
- [ ] 463 Alien Detainee
- [ ] 510 Motions to Vacate Sentence
- [ ] 530 General
- [ ] 535 Death Penalty
*Other:*
- [ ] 540 Mandamus & Other
- [ ] 550 Civil Rights
- [ ] 555 Prison Condition
- [ ] 560 Civil Detainee - Conditions of Confinement

### FORFEITURE/PENALTY
- [ ] 625 Drug Related Seizure of Property 21 USC 881
- [ ] 690 Other

### LABOR
- [ ] 710 Fair Labor Standards Act
- [ ] 720 Labor/Management Relations
- [ ] 740 Railway Labor Act
- [ ] 751 Family and Medical Leave Act
- [ ] 790 Other Labor Litigation
- [ ] 791 Employee Retirement Income Security Act

### IMMIGRATION
- [ ] 462 Naturalization Application
- [ ] 465 Other Immigration Actions

### BANKRUPTCY
- [ ] 422 Appeal 28 USC 158
- [ ] 423 Withdrawal 28 USC 157

### PROPERTY RIGHTS
- [ ] 820 Copyrights
- [ ] 830 Patent
- [ ] 835 Patent - Abbreviated New Drug Application
- [ ] 840 Trademark
- [ ] 880 Defend Trade Secrets Act of 2016

### SOCIAL SECURITY
- [ ] 861 HIA (1395ff)
- [ ] 862 Black Lung (923)
- [ ] 863 DIWC/DIWW (405(g))
- [ ] 864 SSID Title XVI
- [ ] 865 RSI (405(g))

### FEDERAL TAX SUITS
- [ ] 870 Taxes (U.S. Plaintiff or Defendant)
- [ ] 871 IRS—Third Party 26 USC 7609

### OTHER STATUTES
- [ ] 375 False Claims Act
- [ ] 376 Qui Tam (31 USC 3729(a))
- [ ] 400 State Reapportionment
- [ ] 410 Antitrust
- [ ] 430 Banks and Banking
- [ ] 450 Commerce
- [ ] 460 Deportation
- [ ] 470 Racketeer Influenced and Corrupt Organizations
- [ ] 480 Consumer Credit (15 USC 1681 or 1692)
- [ ] 485 Telephone Consumer Protection Act
- [ ] 490 Cable/Sat TV
- [ ] 850 Securities/Commodities/ Exchange
- [ ] 890 Other Statutory Actions
- [ ] 891 Agricultural Matters
- [ ] 893 Environmental Matters
- [ ] 895 Freedom of Information Act
- [ ] 896 Arbitration
- [ ] 899 Administrative Procedure Act/Review or Appeal of Agency Decision
- [ ] 950 Constitutionality of State Statutes

## V. ORIGIN *(Place an "X" in One Box Only)*
- [x] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title 12 CFR Section 229.10(c) Subpart B, Y2K action and Title 12 CFR Section 229.10(c)(2) Subpart B
Brief description of cause:
Failure of maker to pay amount of dishonored check

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $   114,600,000

CHECK YES only if demanded in complaint:
JURY DEMAND: [ ] Yes   [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE   Hon. Mark A. Goldsmith
25-10561
DOCKET NUMBER

DATE   October 31, 2020

SIGNATURE OF ATTORNEY OF RECORD

## FOR OFFICE USE ONLY
RECEIPT #_____   AMOUNT_____   APPLYING IFP_____   JUDGE_____   MAG. JUDGE_____

## PURSUANT TO LOCAL RULE 83.11

1.       Is this a case that has been previously dismissed?      ☑ Yes
                                                                                    ☐ No

If yes, give the following information:

Court: UNITED STATES DISTRICT COURT

Case No.: 25-cv-10561

Judge: Hon. Mark A. Goldsmith

2.       Other than stated above, are there any pending or previously
discontinued or dismissed companion cases in this or any other   ☐ Yes
court, including state court? (Companion cases are matters in which  ☑ No
it appears substantially similar evidence will be offered or the same
or related parties are present and the cases arise out of the same
transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____

Notes :