UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ARELIOUS REED,<br><br>Plaintiff,<br><br>v.<br><br>CITIZENS BANK,<br><br>Defendant. | Case No. 25-12176<br>Honorable Mark A. Goldsmith<br>Magistrate Judge Elizabeth A. Stafford |

**ORDER STRIKING DEFENDANT'S LETTER BRIEFS TO THE COURT (ECF NO. 14, 18, 20)**

Pro se Plaintiff Arelious Reed sues Defendant Citizens Bank under federal and state-law claims. ECF No. 1, PageID.3. The Honorable Mark A Goldsmith referred this case to the undersigned for all pretrial matters under 28 U.S.C. § 636(b)(1). ECF No. 16.

Counsel for the bank filed three letter briefs with the Court (ECF No. 14; ECF No. 18; ECF No. 20). Those letter briefs violate the form requirements of this district, as well as the required manner for filing exhibits. *See* E.D. Mich. LR 5.1(a) and 7.1(c)-(d), and the E.D. of Michigan

1

Electronic Filing Policies and Procedures.[1]  The Court thus **STRIKES** the bank's letter briefs.  It may re-file submissions that comply with the local rules by October 15, 2025.

Dated: September 24, 2025

s/Elizabeth A. Stafford
ELIZABETH A. STAFFORD
United States Magistrate Judge

### NOTICE TO PARTIES ABOUT OBJECTIONS

Within 14 days of being served with this order, any party may file objections with the assigned district judge.  Fed. R. Civ. P. 72(a).  The district judge may sustain an objection only if the order is clearly erroneous or contrary to law.  28 U.S.C. § 636.  **"When an objection is filed to a magistrate judge's ruling on a non-dispositive motion, the ruling remains in full force and effect unless and until it is stayed by the magistrate judge or a district judge."**  E.D. Mich. LR 72.2.

### CERTIFICATE OF SERVICE

The undersigned certifies that this document was served on counsel of record and any unrepresented parties via the Court's ECF System to

---

[1] *See* https://www.mied.uscourts.gov/index.cfm?pagefunction=rulesPlansOrders and https://www.mied.uscourts.gov/PDFFIles/policies_procedures.pdf

their email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on September 24, 2025.

           <u>s/Davon Allen</u>
           DAVON ALLEN
           Case Manager