UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Arelious Reed [E–Filer],

                        Plaintiff(s),

v.                                     Case No. 2:25–cv–12176–MAG–EAS
                                                  Hon. Mark A. Goldsmith

Citizens Bank,

                        Defendant(s),
_____/

## ORDER VACATING ORDER TO SHOW CAUSE

    The Court having issued an Order to Show Cause on 12/9/2025, and the appropriate action having been taken;

    IT IS HEREBY ORDERED that the Court's Order to Show Cause is satisfied and hereby vacated.

    SO ORDERED.


                                                            s/Elizabeth A. Stafford
                                                            Elizabeth A. Stafford
                                                             U.S. Magistrate Judge


## Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                             By: s/D. Allen
                                                                 Case Manager

Dated:   January 6, 2026